**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **DONG YEON KIM,** *et al.* | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **Civil Action No. 18-1564 (EGS)** |
| **v.** | ) | **(ECF)** |
| | ) | |
| **UNITED STATES CITIZENSHIP,** | ) | |
| **& IMMIGRATION SERVICES,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

_____

**MOTION TO ENLARGE TIME TO FILE DEFENDANTS'**
**ANSWER OR OTHER RESPONSE TO PLAINTIFFS' COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the United States Citizenship and Immigration Services, *et al.* ("Defendants"), by and through the undersigned counsel, respectfully request this enlargement of time until January 15, 2019, to file Defendants' Answer or Other Response to the complaint filed by Dong Yeon Kim, *et al.* ("Plaintiffs").   In support, Defendants states the following:

1.      Plaintiffs commenced this action pursuant to the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.*, the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, seeking "to compel a decision on his application for an immigrant visa."  *See generally* ECF No. 1.   Defendants' response to Plaintiffs' complaint is due tomorrow.

2.      On or about August 16, 2018, Defendants "reaffirmed" Plaintiff Kim's visa application and forwarded it to the consulate for processing.   Since then, the Consulate has informed Plaintiff Kim of the requirements and documentation needed for an adjudication of the

1

visa application and invited Plaintiff Kim back to the consulate.   The Consulate reports that it has not yet heard back from Plaintiff Kim.

3.      The undersigned has notified Opposing Counsel of this recent development and of the need for Plaintiff Kim to contact the Consulate.   The Consulate expects to adjudicate Plaintiff Kim's application after the required documents and/or interview are completed.

4.      It appears that to further this litigation, Plaintiff has been attempting to perfect service on all Defendants.   ECF No. 5; Minute Order dated November 6, 2018.   Thus, the undersigned respectfully request this enlargement of time to enable an adjudication of Plaintiff Kim's visa application, which could moot this action and obviate the need for additional litigation.

5.      Pursuant to LCvR 7(m), the undersigned conferred with Plaintiffs' counsel who graciously consented to this request.

WHEREFORE, Defendants respectfully request that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

November 12, 2018                         Respectfully submitted,


                                          JESSIE K. LIU, D.C. Bar # 472845
                                          United States Attorney
                                          for the District of Columbia

                                          DANIEL F. VAN HORN, D.C. Bar # 924092
                                          Civil Chief

By:_____/s/_____

KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
**DONG YEON KIM,** *et al.*             )
                                        )
          **Plaintiffs**                )
                                        )        **Civil Action No. 18-1564 (EGS)**
          **v.**                        )        **(ECF)**
                                        )
**KRISTINE R. CRANDALL,** *et al.*      )
                                        )
          **Defendants.**               )
_____)

## ORDER

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 201_, hereby

**ORDERED**, that the Defendants' motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendants shall file an Answer or Other Response to

Plaintiffs' complaint no later than January 15, 2019.

**SO ORDERED**

                        _____
                        HON. EMMET G. SULLIVAN, U.S.D.J.

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the this Defendants' Motion to Enlarge Time to be served upon Plaintiffs' counsel via ECF.


_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney